DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WRIGHT v. MEMORIAL HOSPITAL

No. 225 PC.

Case below: 30 N.C. App. 91.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

WYCHE v. WYCHE

No. 226 PC.

Case below: 29 N.C. App. 685.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.